**CERTIFICATE OF SERVICE**

I, \_\_\_Joseph Ott_____, certify that service of this summons and a copy of the
(name)
complaint was made \_\_March 25, 2021\_\_\_ by: Joseph Ott
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

Mr. Edward Sorokine            Law Office of James B. Day, LLC
20390 Alerion Place            13321 N. Outer Forty, Ste 600
Woodland, Hills, CA 91364      St. Louis, MO 63017

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____6/1/2021_____              _____/s/ Joseph Ott_____
Date                                         Signature

| Print Name | Joseph Ott | | |
|---|---|---|---|
| Business Address | 3407 S. Jefferson Ave, Ste. 508 | | |
| City  Saint Louis | | State  Missouri | Zip  63118 |