Form errfiloa

# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

*In Re:* Edward Sorokine  
*Debtor*

*Case No.:* 09–40396 – A399

*Adv. Proc. No.* 21–04038 – A399  
*Chapter* 7

Svetlanna Kravtchouk  
*Plaintiff*  
v.  
Edward Sorokine  
*Defendant*

## NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS

*Summons Service Executed filed on 6/2/21 was filed inaccurately.*

- ☒ PDF is: ☐ illegible ☒ incomplete ☐ missing
- ☐ Address(es) for plaintiff(s) not provided.
- ☐ Signature/signature block is not in compliance with LR 9011.
- ☒ Other:

The document is incomplete in that there is no identifiable case information

### *Action Required By the Filer 6/10/21*

- ☒ A corrected PDF must be filed **ONLY** by using the following pathway  
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☐ Document must be re–filed using appropriate event or in the correct case.
- ☐ **Adversary coversheet must be filed.** *Go to Bankruptcy>Other Misc Events>Support Supplement*

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN DISMISSAL OF THIS CASE OR DENIAL OF PLEADING.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803–9517*

Dated: 6/3/21

/S/ Dana C. McWay  
_____  
Clerk of Court

Copy to:  
Rev. 10/10